UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Follman,

                       Plaintiff(s),

      -against –

Jefferson Capital Systems, LLC,

                       Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-06860 (CS)

<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

     **SO ORDERED**.

Dated:  November 21, 2022
        White Plains, New York

                                                     _____
                                                      CATHY SEIBEL, U.S.D.J.